# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALLEN PORTER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>D.G. ADAMS, Warden, et.al.,<br><br>　　　　　Respondent.<br>_____/ | CV F 06-00203 SMS HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR DEFAULT JUDGMENT<br><br>[Docs. 17, 18] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

　　　Now pending before the Court is Petitioner's motion for default judgment, construed by this Court as a motion for entry of default judgment, filed November 3, 2006. (Court Doc. 17.) Respondent filed an opposition on November 8, 2006. (Court Doc. 18.)

　　　In his motion for entry of default, Petitioner states that Respondent has failed to comply with the Court's April 3, 2006, order to submit a responsive pleading within ninety days from the date of service.

　　　As Respondent submits in his response, Respondent has not defaulted by failing to file a responsive pleading, as an answer was due on or before July 3, 2006, and Respondent submitted an answer to the petition on June 30, 2006. (Court Doc. 13.) Petitioner was served by standard mail with a copy of the answer at his address of record. (Id.) Accordingly, because Respondent

has complied with the Court's April 3, 2006, order, Petitioner's motion for entry of default, is without merit and is DENIED.

IT IS SO ORDERED.

**Dated:     November 21, 2006**                             **/s/ Sandra M. Snyder**
icido3                                                                    UNITED STATES MAGISTRATE JUDGE